IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JACOB TURNER,[1] | § | |
| | § | No. 95, 2026 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CK25-02776 |
| ERIN MICHAELS, | § | Petition No. 25-25284 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: March 31, 2026
Decided: April 27, 2026

## ORDER

On March 4, 2026 the Senior Court Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed because this Court lacks jurisdiction to consider an appeal from an order of a Family Court Commissioner. Postal records reflect that a notice of attempted delivery was left at the address provided by appellant on March 7, 2026 when no authorized recipient was available. On March 19, 2026, the Chief Deputy Clerk reissued the notice to show cause by first-class mail. A timely response to the notice to show cause was due by March 30, 2026. To date, the appellant has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, that this appeal is dismissed under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Chief Justice